UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'6 JUN -9 AM 10:06

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE MATTER OF
USAG FORT BUCHANAN
COLLATERAL FORFEITURE

Misc. No. 06-116 (JAF)

# O R D E R

The Schedule of Collateral Forfeiture approved on March 21, 1985, as amended on February 9, 1987, December 17, 1987, October 31, 1989, and April 6, 2001, is hereby amended to include new offenses, to increase the collateral as to some offenses, and/or to decrease the collateral as to some offenses, as set forth in extenso in the attached list made part hereto.

These amendments will take effect ten (10) days from the date of this Order.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 8th day of June, 2006.

BY ORDER OF THE COURT:

JOSE ANTONIO FUSTE
Chief U. S. District Judge